624

425 A.2d 7

Commonwealth v. Flood, Appellant.

Submitted March 23, 1979. Raymond L. Bruce, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 7

Commonwealth v. Fuller, Appellant.

Submitted November 16, 1979. Donald Calaiaro, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.